UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| TRINA WALISZEWSKI, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-C-942 |
| AMSHER COLLECTION SERVICES, INC., | ) |
| Defendant. | ) |

**PRELIMINARY ORDER**

This matter coming before the Court on the parties' request for preliminary approval of a Class Settlement Agreement ("Agreement") with defendant, AmSher Collection Services, Inc. ("Defendant") and notice to the class, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The Court finds that the proposed Settlement and Release, the terms of which are fully set forth in the agreement, as within the range of fairness and reasonableness and grants preliminary approval to it.

2. For the purposes of settlement, the parties stipulate to the certification of the class defined as follows: all natural persons in the State of Wisconsin to whom defendant sent a letter in the form represented by Exhibit A to the Complaint from September 1, 2004 to September 1, 2005. The class described above includes approximately 669 persons. Ademi & O'Reilly, LLP is appointed as class counsel.

3. A hearing on the fairness and reasonableness of the Agreement and whether the final approval shall be given to it and the requests for fees and expenses by counsel for the class will be held before this Court on **October 31, 2006, at 2:00 p.m.**

4. The Court approves a proposed form of notice to the class, to be directed to the last known address of the class numbers as shown on defendant's records. Defendant will mail or

caused to be mailed, notice to class members on or before (21 days from the entry of this Order). Defendant will have the notice sent by any form of U.S. Mail. Defendant will also cause the settlement checks to be distributed.

5. The Court finds that mailing of class notice is the only notice required and that such notice satisfies the requirements of due process and Fed.R.Civ.P.23(c)(2)(B).

6. Class members shall have until 60 days from the entry of this Order to opt out of object to the proposed settlement. Any class members who desires to exclude themselves from the action must file their request for exclusion with the Clerk of the United States District Court for the Eastern District of Wisconsin, Milwaukee Division and serve copies of the request on counsel for both plaintiffs and defendant by that date. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Eastern District of Wisconsin, Milwaukee Division and serve copies of the objection on counsel for both plaintiffs and defendant by that date. Any objection must include the name and number of the case and a statement of the reason why the objector believes that the Court should find that proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement must also appear at the hearing and be heard on the fairness of a settlement.

7. In order to receive a portion of the cash payment under the settlement, the class members must complete and return a claim form by 60 days from the entry of this order. The claim form will be provided with the class notice.

Dated and entered at Milwaukee, Wisconsin, this 24th day of July, 2006

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge